1  Katherine Shannon Christovich, Esq. (SBN: 178397)
   Associate Counsel, Legal Services
2  WRITERS GUILD OF AMERICA, WEST, INC.
   7000 W. Third Street
3  Los Angeles, California 90048
   (323) 782-4521
4  Fax: (323) 782-4806
   Attorney for Petitioner

            UNITED STATES DISTRICT COURT

            CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Writers Guild of America, west, Inc., | CASE NO.: CV05-5320 FMC (FMOx) |
| Petitioner, | ORDER AND JUDGMENT |
| vs. | DATE: September 12, 2005 |
| Treehouse, Inc., | TIME: 10:00 a.m. |
| | CTRM: 750 Roybal |
| Respondent. | HONORABLE FLORENCE-MARIE COOPER |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

The regularly noticed Motion for Order Confirming Arbitrator's Opinion and Award and for Entry of Judgment in Conformity Therewith of Petitioner Writers Guild of America, west, Inc. ("Petitioner", "Guild" and/or "WGAw") was taken under submission by the Honorable Florence-Marie Cooper. Respondent Treehouse, Inc. ("Respondent", "Treehouse") was duly served with notice of the proceeding but failed to file a responsive pleading. The Court having considered the pleadings and documents on file, orders as follows:

/ / /

/ / /

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment be entered in this proceeding as follows:

1. The Arbitrator's Opinion and Award ("Award") signed by Thomas Christopher, the sole neutral Arbitrator, ("Arbitrator") on August 22, 2003 is confirmed in all respects.

2. Treehouse shall furnish the Guild with all financial reports required by the MBA in connection with the picture's distribution to pay television, videocassette and all other markets that remain unreported.

3. Treehouse shall pay the Guild damages of $5,000 for failing to provide the aforesaid financial reports.

4. Treehouse shall pay the residuals due for the release of the Picture to pay television and videocassette markets in the amount of $3,017.57 together with interest in the amount of $2,492.34 as of July 8, 2005. Said interest shall continue to accrue at the MBA rate of 1.5% per month until paid in full.

5. Treehouse shall pay the Guild damages of $3,017 with interest in the amount of $3,213.46 for failing to deliver a valid distribution assumption agreement. The interest shall continue to accrue at the MBA rate of 1.5% per month until all amounts are paid in full.

6. Treehouse shall pay the WGA its one-half share of the Arbitrator's fee and travel charges in the amount of $1,332.50.

7. Respondent is ordered to pay immediately to Petitioner WGAw attorneys' fees in the amount of $1,500.00.

Dated: Sept. 6, 2005

Florence-Marie Cooper
United States District Court Judge

2

F:\LEGAL\Residuals Cases\Re01010\Petition to Confirm\confirm proposed order.doc